IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| MIGUEL A. GONZALEZ | § | |
| VS. | § | CIVIL ACTION NO. 5:14cv93 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER

Petitioner Miguel A. Gonzalez, an inmate confined at the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that in 2011, he was convicted of aggravated sexual assault in the 27th District Court of Bell County, Texas. He was sentenced to 60 years of imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Bell County. Pursuant to 28 U.S.C. § 124, Bell County is in the Waco Division of the United States District Court for the Western District of Texas. As all records and witnesses involving this action may be located in the Western District, the transfer of this action to such district would further justice. It is accordingly

**ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Waco Division of the United States District Court for the Western District of Texas.

**SIGNED this 15th day of September, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE